Bishwadeo MURRIL; Dewannie Murril, Appellants,

v.

KEITH SMITH COMPANY, INC., Appellee.

No. 00–2578.

United States Court of Appeals, Eighth Circuit.

Submitted Jan. 19, 2001.

Decided Jan. 24, 2001.

---

1. The HONORABLE HENRY WOODS, United States District Judge for the Eastern District of Arkansas.

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

PER CURIAM.

Bishwadeo and Dewannie Murril appeal the district court's[1] adverse grant of summary judgment in their race discrimination lawsuit against the company with whom they contracted to provide hatching eggs. After careful review, we conclude summary judgment was proper because the Murrils failed to show that they performed according to the company's legitimate expectations or that the company's stated reason for terminating the contract—the Murrils' poor performance—was pretextual. *See Hughes v. Ortho Pharmaceutical Corp.*, 177 F.3d 701, 704 (8th Cir.1999) (burden-shifting analysis); *Bratton v. Roadway Package System, Inc.*, 77 F.3d 168, 176 (7th Cir.1996) (prima facie case in contract discrimination claim).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.